IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-06-00208-CR

 

Danny Carl Reavis,

                                                                      Appellant

 v.

 

The State of Texas,

                                                                      Appellee

 

 



From the 413th District Court

Johnson County, Texas

Trial Court No. F39386

 



MEMORANDUM  Opinion










 

          Danny Carl Reavis was convicted of
possession of a controlled substance, enhanced, and sentenced to ten years in
prison.  He did not make any requests that would extend the time to file a
notice of appeal; therefore, his notice of appeal was due March 25, 2006.  Tex. R. App. P. 26.2(a)(1).  Reavis
filed a notice of appeal on May 19, 2006, 55 days late.  We have no
jurisdiction of an untimely filed notice of appeal.  Olivo v. State, 918
S.W.2d 519, 522 (Tex. Crim. App. 1996).

          The Clerk of this Court warned Reavis
that because the notice of appeal appeared untimely, the Court may dismiss the
appeal unless a response was filed showing grounds for continuing the appeal.  See
Tex. R. App. P. 44.3.  Reavis has
not responded to the Clerk’s warning.

          This appeal is dismissed.  

 

                                                                   TOM
GRAY

                                                                   Chief
Justice

 

Before
Chief Justice Gray,

          Justice
Vance, and

          Justice
Reyna

Appeal
dismissed

Opinion
delivered and filed August 30, 2006

Do
not publish

[CR25]